# United States District Court

SOUTHERN DISTRICT OF TEXAS

JOHN C. GALLAGHER

V.

CHRIS JOHN GLEASMAN, DISTRICT
DIRECTOR, UNITED STATES DEPARTMENT
OF LABOR, OFFICE OF WORKERS'
COMPENSATION PROGRAMS

## SUMMONS IN A CIVIL CASE

CASE NUMBER: **C-00-070**

TO: (Name and address of defendant)

Via Certified
Mail # Z 322 616 095
Return Receipt
Requested

Mervyn M. Mosbacker
U. S. Attorney
P. O. Box 61129
Houston, Texas 77208

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Phil Watkins
PHIL WATKINS, P.C.
600 Leopard Street, Suite 1700
Corpus Christi, Texas 78473

an answer to the complaint which is herewith served upon you, within ____twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N. MILBY, CLERK

CLERK

*[signature]*

(BY) DEPUTY CLERK

DATE: FEB 22 2000

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): CERTIFIED MAIL #Z 322 616 095

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _MARCH 1, 2000_
Date

_Rimrio B_____
Signature of Server

PHIL WATKINS, P.C.
DOUGLAS E. DILLEY, P.C.
Address of Server

600 Leopard Street, Suite 1700
Corpus Christi, Texas 78473

United States District Court
Southern District of Texas
FILED

MAR 0 1 2000

MICHAEL N. MILBY, CLERK

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)   B. Date of Delivery<br>                                          2-28-00<br>C. Signature<br>X  /s/                          □ Agent<br>                                □ Addressee |
| 1. Addressed to:<br><br>vyn M. Mosbacker<br>U. S. Attorney<br>P. O. Box 61129<br>Houston, Texas 77208 | D. Is delivery address different from item 1?  □ Yes<br>   If YES, enter delivery address below:   □ No |
| | 3. Service Type<br>☒ Certified Mail      □ Express Mail<br>□ Registered          □ Return Receipt for Merchandise<br>□ Insured Mail        □ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)    □ Yes |
| 2. Article Number (Copy from service label)<br>Z 322 616 095 | |
| PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789 | |