United States District Court
Southern District of Texas
FILED

APR 3 - 2000

MICHAEL N. MILBY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

JOHN C. GALLAGHER,  )
    Plaintiff  )
      )
    v.  )  Civil Action No. C-00-070
      )
CHRIS JOHN GLEASMAN, District  )
Director, Office of Workers'  )
Compensation Programs, United  )
States Department of Labor,  )
    Defendant  )

### DEFENDANT'S ANSWER

#### FIRST DEFENSE

The complaint fails to state a claim against defendant upon which relief can be granted.

#### SECOND DEFENSE

1. Defendant lacks sufficient information to admit or deny the allegations of paragraph 1 of the Complaint with respect to plaintiff's residency and citizenship; defendant admits the remainder of the allegations of that paragraph.

2. Defendant admits the allegation of paragraph 2.

3. Paragraph 3 of the Complaint states exclusively legal conclusions with respect to which no answer is required.

4. Defendant admits the allegation of the first sentence of paragraph 4 of the Complaint. The remainder of that paragraph asserts exclusively legal conclusions with respect to which no answer is required.

5. Paragraph 5 of the Complaint asserts exclusively legal conclusions with respect to which no answer is required.

6. Defendant admits the allegations of paragraph 6 of the Complaint, except its characterization of plaintiff's request

contained in Exhibit 1 to the Complaint.

WHEREFORE, defendant prays that judgment be issued in his favor dismissing, or denying the relief sought by, plaintiff's Complaint.

    Respectfully submitted,

    HENRY L. SOLANO
    Solicitor of Labor

    CAROL A. DE DEO
    Associate Solicitor for
     Employee Benefits

    _/s/ K. Didier by permission_
    JOSHUA T. GILLELAN II
    Senior Attorney
    ATTORNEY-IN-CHARGE
    S-4325 Frances Perkins Bldg.
    200 Constitution Avenue, N.W.
    Washington, DC 20210
    (202)219-4405 x. 113
    Fax (202)219-7752
    Attorneys for Defendant

Of Counsel:
KURT A. DIDIER
Assistant United States Attorney
California State Bar No. 117912
Wilson Plaza, Suite 1400
606 N. Carancahua
Corpus Christi, TX 78476
Voice (361) 888-3111
Fax (361) 888-3200

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2000, the foregoing Answer was served by first class mail, postage prepaid, on

Phil Watkins, Esq.
Douglas E. Willey, Esq.
600 Leopard Street, Suite 1700
Corpus Christi, TX 78473

Charles F. Herd, Esq.
Rice Fowler
1331 Lamar, Suite 1560
Houston, TX 77010

Steven L. Roberts, Esq.
Fulbright & Jaworski
1301 McKinney Street, Suite 5100
Houston, TX 77010

                                         *KA Didder by permission*
                                       JOSHUA T. GILLELAN II
                                       Senior Attorney

ClibPDF - www.fastio.com