United States District Court
Southern District of Texas
FILED

APR 3 - 2000

MICHAEL N. MILBY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JOHN C. GALLAGHER, <br>     Plaintiff <br><br> v. <br><br> CHRIS JOHN GLEASMAN, District Director, Office of Workers' Compensation Programs, United States Department of Labor, <br>     Defendant | Civil Action No. C-00-070 |

DEFENDANT'S DISCLOSURE OF INTERESTED PARTIES

In accordance with the Court's Order of February 22, 2000, Defendant hereby list the persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, and other entities that are financially interested in the outcome of this litigation as follows:

    1.    Plaintiff;

    2.    Plaintiff's attorney, Phil Watkins, and his firm, Phil Watkins, P.C.;

    3.    Plaintiff's former employer, James J. Flanagan Shipping Corporation, which is liable under § 7 of the Longshore and Harbor Workers' Compensation Act, 33 U.S.C. § 907, for such medical care as is determined, in the administrative proceedings whose course is the subject of the Complaint, to be reasonably necessary and appropriate for the plaintiff's employment injuries; and

4. The LHWCA self-insurance group of which James J. Flanagan Shipping is a member, the Signal Mutual Indemnity Association, Ltd. (and contingently each of its approximately 160 other member companies), which is liable along with Flanagan for the medical benefits described in relation to the latter.

> Respectfully submitted,
>
> HENRY L. SOLANO
> Solicitor of Labor
>
> CAROL A. DE DEO
> Associate Solicitor for
>   Employee Benefits
>
> _____ by permission
> JOSHUA T. GILLELAN II
> Senior Attorney
> ATTORNEY-IN-CHARGE
> S-4325 Frances Perkins Bldg.
> 200 Constitution Avenue, N.W.
> Washington, DC 20210
> (202)219-4405 x. 113
> Fax (202)219-7752
> Attorneys for Defendant

Of Counsel:
KURT A. DIDIER
Assistant United States Attorney
California State Bar No. 117912
Wilson Plaza, Suite 1400
606 N. Carancahua
Corpus Christi, TX 78476
Voice (361) 888-3111
Fax (361) 888-3200

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2000, the foregoing Certificate of Interested Parties was served by first class mail, postage prepaid, on

    Phil Watkins, Esq.
    Douglas E. Willey, Esq.
    600 Leopard Street, Suite 1700
    Corpus Christi, TX 78473

    Charles F. Herd, Esq.
    Rice Fowler
    1331 Lamar, Suite 1560
    Houston, TX 77010

    Steven L. Roberts, Esq.
    Fulbright & Jaworski
    1301 McKinney Street, Suite 5100
    Houston, TX 77010

_KA Seller by permission_
JOSHUA T. GILLELAN II
Senior Attorney

3