# UNITED STATES OF AMERICA
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

**JOHN C. GALLAGHER**

**V.**                                                **CASE NUMBER:   CA-C-00-70**

**CHRIS JOHN GLEASMAN,**
**U. S. DEPT. OF LABOR, OFFICE OF**
**WORKERS' COMPENSATION PROGRAMS**

United States District Court
Southern District of Texas
FILED

## NOTICE TO APPEAR

MAY 2 - 2000

Michael N. Milby
Clerk of Court

**TO:**   John Philip Watkins
       Kurt A. Didier

**YOU ARE ORDERED TO APPEAR** <u>Tuesday, June 13, 2000 at 1:15 p.m.</u>, before:

U. S. District Judge H. W. Head, Jr.
United States Courthouse
2nd Floor Courtroom
521 Starr Street
Corpus Christi, Texas 78401

**TO ATTEND THE FOLLOWING PROCEEDING:**

<u>X</u>  Initial Pretrial Conference                  ___ Motion Hearing:
Continued from April 12, 2000.

___ Jury Selection and Trial                     ___ Show Cause Hearing

*BY ORDER OF THE COURT*
Michael N. Milby, Clerk of Court
By Deputy: <u>Judith F. Alvarez</u>                  Date: <u>May 2, 2000</u>