IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JUN 08 2000

Michael N. Milby, Clerk

| | |
|---|---|
| JOHN C. GALLAGHER § | |
| § | |
| VS. § | |
| § | |
| CHRIS JOHN GLEASMAN, DISTRICT § | Civil Action No. C-00-70 |
| DIRECTOR, UNITED STATES § | |
| DEPARTMENT OF LABOR, OFFICE § | |
| OF WORKERS' COMPENSATION § | |
| PROGRAMS § | |

## UNOPPOSED MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW JOHN C. GALLAGHER, Plaintiff, and files this, his Unopposed Motion to Dismiss, and hereby moves the Court to Dismiss his Complaint and Motion for Mandamus against Defendant CHRIS JOHN GLEASMAN, District Director, Office of Workers' Compensation Programs, United States Department of Labor, and in support thereof would show the Court as follows:

1. Based on an informal telephone conference conducted on June 8, 2000, between the Defendant, Chris Gleasman, Office of Workers' Compensation Programs, United States Department of Labor, Mr Charles F. Herd, Jr., counsel for Employer, James J. Flanagan Stevedoring, Mr. Phil Watkins, counsel for Plaintiff, and John C. Gallagher, Plaintiff, the basis of Plaintiff's Original Complaint and Motion for Mandamus has been resolved.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff requests this Court to enter its Order of Dismissal with prejudice with all costs of Court to be borne by the party incurring same.

Respectfully submitted,

**DOUGLAS E. DILLEY, P.C.**
**PHIL WATKINS, P.C.**
600 Leopard Street, Suite 1700
Corpus Christi, Texas 78473
(512) 884-4470
(512) 884-4486    FAX

By: *Phil Watkins*
PHIL WATKINS
Attorney in Charge
Federal ID No. 20710
State Bar No. 20927400

**ATTORNEYS FOR PLAINTIFF
JOHN C. GALLAGHER**

## CERTIFICATE OF CONSULTATION

Pursuant to U.S. DISTRICT COURT-S.D. Local Rule 6, movant has conferred with all parties, and there is no opposition to Plaintiff's Motion for Dismiss Defendant CHRIS JOHN GLEASMAN, District Director, Office of Workers' Compensation Programs, United States Department of Labor.

*Phil Watkins*
PHIL WATKINS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing instrument was forwarded, via Certified Mail/Return Receipt Requested, on the 8th day of June, 2000, to:

| | |
|---|---|
| Mr. Joshua T. Gillelan II<br>S-4325 Frances Perkins Bldg.<br>200 Constitution Avenue, N.W.<br>Washington, D.C. 20210 | Mr. Kurt A. Didier<br>Wilson Plaza, Suite 1400<br>606 N. Carancahua<br>Corpus Christi, Texas 78476 |
| Mr. Chris J. Gleasman<br>District Director<br>U. S. Department of Labor<br>8866 Glulf Freeway, Suite 140<br>Houston, Texas 77017 | Mr. Charles F. Herd, Jr.<br>RICE & FOWLER<br>4 Houston Center, Suite 1560<br>1331 Lamar Street<br>Houston, Texas 77010-3028 |

Mr. James E. White
Regional Solicitor
Office of the Solicitor
525 Griffin Street, Suite 501
Dallas, Texas 75202

_____*Phil Watkins*_____
PHIL WATKINS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JOHN C. GALLAGHER § | |
| § | |
| VS. § | |
| § | Civil Action No. **C-00-70** |
| CHRIS JOHN GLEASMAN, DISTRICT § | |
| DIRECTOR, UNITED STATES § | |
| DEPARTMENT OF LABOR, OFFICE § | |
| OF WORKERS' COMPENSATION § | |
| PROGRAMS § | |

**ORDER OF DISMISSAL**

On the _____ day of _____, 2000, came on to be considered Plaintiff's Unopposed Motion to Dismiss Defendant CHRIS JOHN GLEASMAN, District Director, United States Department of Labor, Office of Workers' Compensation Programs., and the Court, after examining the pleadings on file, is of the opinion that Plaintiff's Unopposed Motion to Dismiss should be granted.

IT IS THEREFORE **ORDERED, ADJUDGED** and **DECREED** that Plaintiff's Unopposed Motion to Dismiss Defendant CHRIS JOHN GLEASMAN, District Director, United States Department of Labor, Office of Workers' Compensation Programs heretofore filed should be, and the same is hereby **GRANTED** with prejudice, and costs of suit shall be borne by the party incurring same.

SIGNED this _____ day of _____, 2000.

_____
HAYDEN W. HEAD, JR.
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

*Phil Watkins*
PHIL WATKINS
**PHIL WATKINS, P.C.**
600 Leopard Street, Suite 1700
Corpus Christi, Texas 78473

**ATTORNEYS FOR PLAINTIFF
JOHN C. GALLAGHER**