United States District Court
Southern District of Texas
ENTERED
JUN 1 2 2000
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JOHN C. GALLAGHER § § VS. § § CHRIS JOHN GLEASMAN, DISTRICT § DIRECTOR, UNITED STATES § DEPARTMENT OF LABOR, OFFICE § OF WORKERS' COMPENSATION § PROGRAMS § | Civil Action No. C-00-70 |

## ORDER OF DISMISSAL

On the 9 day of June, 2000, came on to be considered Plaintiff's Unopposed Motion to Dismiss Defendant CHRIS JOHN GLEASMAN, District Director, United States Department of Labor, Office of Workers' Compensation Programs., and the Court, after examining the pleadings on file, is of the opinion that Plaintiff's Unopposed Motion to Dismiss should be granted.

IT IS THEREFORE **ORDERED, ADJUDGED** and **DECREED** that Plaintiff's Unopposed Motion to Dismiss Defendant CHRIS JOHN GLEASMAN, District Director, United States Department of Labor, Office of Workers' Compensation Programs heretofore filed should be, and the same is hereby **GRANTED** with prejudice, and costs of suit shall be borne by the party incurring same.

SIGNED this __9__ day of __Jun__, 2000.

_____
HAYDEN W. HEAD, JR.
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:


_____
PHIL WATKINS
**PHIL WATKINS, P.C.**
600 Leopard Street, Suite 1700
Corpus Christi, Texas 78473

**ATTORNEYS FOR PLAINTIFF
JOHN C. GALLAGHER**