# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

APR 0 2 2001

Michael N. Milby, Clerk

John C. Gallagher

v.                                                            CIVIL ACTION NO. C-00-70

Chris John Gleasman District Director
United States Dept of Labor et al

## ADVISORY TO THE COURT
## AND
## REQUEST FOR DISMISSAL

1. Plaintiff, John C. Gallagher makes this Advisory to the Court.

2. This case is a Mandamus Action involving the decision of Chris John Gleasman acting as District Director for the United States Department of Labor in connection with a Longshore Harbor Workers' Compensation Act claim.

3. The issue involved in this Mandamus was resolved at the Department of Labor in connection with the presentation of the Longshore Harbor Workers' Compensation Act claim by John C. Gallagher. Therefore, the Mandamus is resolved.

4. Chris John Gleasman, District Director for the United States Department of Labor concurs in this Advisory to the Court and joins in the Request for Dismissal.

Respectfully submitted,

PHIL WATKINS, P.C.
One Riverwalk Place, Suite 1750
700 N. St. Mary's Street
San Antonio, Texas 78205
Telephone:  (210) 225-6666
Facsimile:  (210) 225-2300

By: _____
PHIL WATKINS
State Bar Number 20927400

13.

AGREED TO:

*[signature]*

CHRIS JOHN GLEASMAN,
District Director United States
Department of Labor

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded,

___ Hand Delivered,
___ Via U. S. Overnight Mail,
_✓_ Via Telefax,
___ Certified Mail, Return Receipt Requested,
___ U. S. Regular Mail,

to following counsel of record on this the 28th day of March, 2000.

CHRIS JOHN GLEASMAN,
District Director United States
Department of Labor
8866 Gulf Freeway, Suite 140
Houston, Texas 77017-6528
Facsimile:   (713) 943-1827

*[signature]*

PHIL WATKINS